1  VIRNA L. SANTOS, ESQ., SBN 150017
2  Santos Law Group
   1225 E. Divisadero Street
3  Fresno, CA 93721
   (559) 500-3900
4  (559) 500-3902 (Fax)
   vsantos@santoslg.com
5
6  Attorney for Emilio Hernandez Yesca

7           IN THE UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,              Case No.: 21-CR-0113 JLT-SKO
10
                  Plaintiff,
11
                                          MOTION TO WITHDRAW AS COUNSEL
12  v.                                    OF RECORD AND APPOINT CJA
                                          COUNSEL; ORDER THEREON
13  EMILIO HERNANDEZ YESCA,

14                Defendant.

15      Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves

16  for an order allowing her to withdraw as counsel of record and for the appointment of new

17  counsel to represent EMILIO HERNANDEZ YESCA.  As grounds she states:

18
       1.  Virna L. Santos was appointed to represent defendant on April 19, 2021:
19
       2.  At the time of appointment the undersigned was a member of the Criminal Justice
20
           Act Panel for the Eastern District of California.
21
       3.  Undersigned counsel has accepted a judicial appointment to the Fresno County
22
           Superior Court and, consequently, must close her private practice.
23
24     4.  Defendant EMILIO HERNANDEZ YESCA is still in need of counsel.  The
25
           Federal Public Defender has contacted attorney Roger D. Wilson, who is
26
           available to assume representation.
27

28  MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON
    - 1

5.   Accordingly, undersigned counsel requests that she be permitted to withdraw and

that new counsel, Roger D. Wilson (roger@wilson-law.com), be appointed.

Undersigned counsel requests that she be removed from the service list.

DATED: April 21, 2022                    /s/ Virna L. Santos
                                         VIRNA L. SANTOS
                                         Attorney for Defendant
                                         EMILIO HERNANDEZ YESCA


**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and

her name should be removed from the service list.  Attorney Roger D. Wilson is hereby

appointed as counsel *nunc pro tunc* as of April 21, 2022.

IT IS SO ORDERED.


Dated:    **April 22, 2022**              /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON
- 2