PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00113-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CASE FOR CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | |
| EMILIO HERNANDEZ YESCA, | Date: January 23, 2024<br>Time: 8:30 a.m. |
| Defendant. | Honorable Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this case was set for a trial on January 23, 2024, at 8:30 a.m. before the Hon. Jennifer L. Thurston.  The parties hereby agree to vacate the trial as to Emilio Hernande Yesca and set the case for a change of plea hearing on January 16, 2024, at 10:00 a.m. before Hon. Jennifer L. Thurston.

2. Defense counsel requires additional time to meet with his client, review the discovery, work on a resolution of the case, finalize the plea agreement, and prepare for the change of plea hearing.

3. The proposed change of plea date represents the earliest date that all counsel are available for the change of plea, taking into account work that defense counsel needs to complete on the case, counsels' schedules, and the need for preparation in the case and further investigation.

4. No exclusion of time is necessary because time has already been excluded beyond the change

of plea hearing date.

IT IS SO STIPULATED.

Dated: October 19, 2023                                   PHILLIP A. TALBERT
                                                          United States Attorney

                                                   By:    /s/ JUSTIN J. GILIO
                                                          JUSTIN J. GILIO
                                                          Assistant United States Attorney

Dated: October 19, 2023                                   /s/ *Roger Wilson*
                                                          Attorney for Defendant
                                                          Emilio Hernandez Yesca

## O R D E R

IT IS HEREBY ORDERED that the trial in this case be VACATED as to Emilio Hernandez Yesca and the case is set for a change of plea hearing on January 16, 2024, at 10:00 a.m. before the Hon. Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **October 19, 2023**                             _____
                                                          UNITED STATES DISTRICT JUDGE