(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  EMILIO HERNANDEZ YESCA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**EMILIO HERNANDEZ YESCA,**<br><br>Defendant. | Case No.: **1:21-cr-00113-JLT-SKO**<br><br>**STIPULATION CONTINUING SENTENCING; [~~PROPOSED~~] ORDER.**<br><br>Date: April 29, 2024<br>Time: 9:00 a.m.<br>Department: Jennifer L. Thurston |

Defendant EMILIO HERNANDEZ YESCA, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1.   By previous order, this matter was set for sentencing on April 29, 2024.

2.   By this stipulation, defendant now moves to continue sentencing until August 12, 2024.

3.   The parties agree and stipulate, and request that the Court find the following:

   a.   Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b.   The government does not object the continuance.

1    IT IS SO STIPULATED.

2    DATED:_____March 13, 2024_____                        /s/ Justin Gilio
                                                           JUSTIN GILIO
3                                               Assistant United States Attorney

4
     DATED:_____March 13, 2024_____                     /s/ Roger D. Wilson
5                                                          ROGER D. WILSON
                                                Attorney for Emilio Hernandez Yesca
6

7                                               --o0o--

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**O R D E R**

3    IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Sentencing to

4  August 12, 2024, is hereby approved.

5

6  DATED:  March 13, 2024                    _Jennifer l. Thurston_

7                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28