(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  EMILIO HERNANDEZ YESCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EMILIO HERNANDEZ YESCA,**<br><br>Defendant. | Case No.: **1:21-cr-00113-JLT-SKO**<br><br>**STIPULATION CONTINUING SENTENCING; ORDER.**<br><br>Date: August 12, 2024<br>Time: 9:00 a.m.<br>Department: Jennifer L. Thurston |

Defendant EMILIO HERNANDEZ YESCA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on August 12, 2024.
2. By this stipulation, defendant now moves to continue sentencing until October 7, 2024.
3. The parties agree and stipulate, and request that the Court find the following:
   a. Counsel for defendant desires additional time due to a scheduling conflict involving a jury trial in Madera County Superior Court scheduled July 16 through August 23, 2024, involving a former corrections officer charged with ninety-seven counts of sexual assault.

b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: July 16, 2024  /s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney

DATED: July 16, 2024  /s/ Roger D. Wilson
ROGER D. WILSON
Attorney for Emilio Hernandez Yesca

--o0o--

## **O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Sentencing to October 7, 2024, is hereby approved.

IT IS SO ORDERED.

Dated: **July 16, 2024**

UNITED STATES DISTRICT JUDGE