(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  EMILIO HERNANDEZ YESCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO HERNANDEZ YESCA,<br><br>Defendant. | Case No.: **1:21-cr-00113-JLT-SKO**<br><br>**STIPULATION CONTINUING SENTENCING; ORDER.**<br><br>Date: October 7, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4 |

    Defendant EMILIO HERNANDEZ YESCA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

    1.    By previous order, this matter was set for sentencing on October 7, 2024.

    2.    By this stipulation, defendant now moves to continue sentencing until November 4, 2024, 2024.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    Counsel for defendant desires additional time due to a scheduling conflict involving a jury trial in Madera County Superior Court that began on August 26 and will continue through November 26, 2024, involving a former corrections officer charged with ninety-seven counts of sexual assault.

      b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: September 23, 2024                    /s/ Justin Gilio
                                                             JUSTIN GILIO
                                            Assistant United States Attorney

DATED: September 23, 2024                    /s/ Roger D. Wilson
                                                             ROGER D. WILSON
                                      Attorney for Emilio Hernandez Yesca

--o0o--

**O R D E R**

    IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Sentencing to November 4, 2024, is hereby approved.

IT IS SO ORDERED.

Dated: **September 23, 2024**                                                      UNITED STATES DISTRICT JUDGE