(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  EMILIO HERNANDEZ YESCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**EMILIO HERNANDEZ YESCA,**<br><br>Defendant. | Case No.: **1:21-cr-00113-JLT-SKO**<br><br>**MOTION TO CONTINUING SENTENCING; ORDER.**<br><br>Date: November 4, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4 |

 Defendant EMILIO HERNANDEZ YESCA, by and through his counsel of record, ROGER D. WILSON, request a continuance of the sentencing hearing on November 4, 2024. Said request is based on the declaration of Roger D. Wilson.

 I, Roger D. Wilson, declare:

 1. By previous order, this matter was set for sentencing on November 4, 2024.

 2. The defendant now moves to continue sentencing until January 6, 2025, and to exclude time between November 4, 2024, and January 6, 2024, under Local Code T4.

 3. Counsel for the defendant desires additional time to prepare for sentencing. Counsel is presently in a jury trial in Madera County Superior Court, case number MCR07770. This case involves a former Madera corrections officer

Charged with ninety-seven counts (97) of sexual assault. This trial began on August 24, 2024, and will continue through November 26, 2024.

4. Counsel for the defendant will not be available for the sentencing hearing on November 4, 2024, nor has counsel been able to meet with the defendant and prepare for the hearing.

5. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Counsel for the defendant submits this is his final request for a continuance in this matter.

7. The government does not object to this final request to continue the sentencing hearing.

I declare under penalty of perjury the laws of the laws of the State of California that the foregoing is true and correct. Executed on this 1st day of November 2024, at Fresno, California.

DATED:   November 1, 2024                                    /s/ Roger D. Wilson
                                                            ROGER D. WILSON
                                                        Attorney for Emilio Hernandez Yesca

--o0o--

## **O R D E R**

IT IS SO FOUND AND ORDERED that the above Motion to Continue the Sentencing to January 6, 2025, is hereby approved.

IT IS SO ORDERED.

Dated:   **November 1, 2024**

_____
UNITED STATES DISTRICT JUDGE