(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  EMILIO HERNANDEZ YESCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO HERNANDEZ YESCA,<br><br>Defendant. | Case No.: **1:21-cr-00113-JLT-SKO**<br><br>**STIPULATION CONTINUING SENTENCING; [PROPOSED] ORDER.**<br><br>Date: January 6, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 |

   Defendant EMILIO HERNANDEZ YESCA, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on January 6, 2025.
2. By this stipulation, defendant now moves to continue sentencing until May 12, 2025, and to exclude time between January 6, 2025, and May 12, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].
3. The parties agree and stipulate, and request that the Court find the following:
   a. Counsel for the defendant desires additional time due to a scheduling conflict involving a jury trial in Madera County Superior Court that began on August 24, 2024, and will continue through January 9, 2025. Mr. Yesca was recently informed by Madera County Social Services that his children have been removed

their home and the county has initiated custody proceedings regarding case numbers MJP019204 and MJP019205. Mr. Yesca, as the children's biological father will be actively involved in the decision making regarding the placement of his children.

b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED:   January 2, 2025                                    /s/ Justin Gilio
                                                            JUSTIN GILIO
                                                            Assistant United States Attorney


DATED:   January 2, 2025                                    /s/ Roger D. Wilson
                                                            ROGER D. WILSON
                                                            Attorney for Emilio Hernandez Yesca

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Continuing Sentencing to May 12, 2025, is hereby approved, and that the period of time between January 6, 2025, and May 12, 2025, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

DATED:  January 2, 2025

UNITED STATES DISTRICT JUDGE