MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00113-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | Date: May 12, 2025<br>Time: 9:00 a.m. |
| EMILIO HERNANDEZ YESCA, | Honorable Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this case was set for a sentencing May 12, 2025, at 9:00 a.m. before the Hon. Jennifer L. Thurston. The parties hereby agree to continue the sentencing until June 16, 2025, at 9:00 a.m. before Hon. Jennifer L. Thurston.

2. The parties received information from the jail indicating that controlled substances were found during a search of Mr. Yesca. This new information has a material bearing on the defendant's sentence. The parties have conferred about that issue and are engaged in negotiations on how to handle the new information. Defense counsel scheduled time to meet with his incarcerated client, but that meeting was canceled by the jail and needs to be rescheduled. Neither the government nor the defendant seeks to proceed to sentencing before addressing a plan for handling the new alleged conduct.

3. The proposed sentencing date represents the earliest date that all counsel are available for the

sentencing.

4. No exclusion of time is necessary because the defendant has pled guilty.

IT IS SO STIPULATED.

Dated: May 5, 2025  MICHELE BECKWITH
Acting United States Attorney

By: /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: May 5, 2025  /s/ *Roger Wilson*
Attorney for Defendant
Emilio Hernandez Yesca

**O R D E R**

IT IS HEREBY ORDERED that the sentencing in this case be continue to June 16, 2025, at 9:00 a.m. before the Hon. Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **May 6, 2025**

UNITED STATES DISTRICT JUDGE