# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EMILIO HERNANDEZ YESCA, ) <br> ) <br> Defendant. ) <br> ) | Case No: 1:21-CR-00113-1-JLT <br> CA Case No: 25-3860 <br><br> **ORDER APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Carolyn Phillips is appointed to represent the defendant in this case effective *nunc pro tunc* to June 25, 2025. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**July 7, 2025**__

_____
UNITED STATES DISTRICT JUDGE